UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
2007 SEP 18 AM 9:31

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　　　　v.<br><br>Enrique VASQUEZ-Hernandez<br>(AKA: Enrique PACHECO-Pacheco)<br><br>　　　　　　Defendant. | Magistrate Case No. '07 MJ 2248<br><br>COMPLAINT FOR VIOLATION OF:<br><br>Title 8, U.S.C., Section 1326;<br>Deported Alien Found in the<br>United States |

The undersigned complainant, being duly sworn, states:

On or about, **May 15, 2007**, within the Southern District of California, defendant, **Enrique VASQUEZ-Hernandez, (AKA: Enrique PACHECO-Pacheco)**, an alien, who previously had been excluded, deported and removed from the United States to Mexico, was found in the United States, without the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8, United States Code, Section 1326.

And the complainant further states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

_____
Deven A. Wooddy, U.S. Immigration
& Customs Enforcement, Immigration Agent

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS **18th** DAY OF **September 2007.**

_____
UNITED STATES MAGISTRATE JUDGE

CONTINUATION OF COMPLAINT:
NAME: VASQUEZ-Hernandez, Enrique
(AKA: PACHECO-Pacheco, Enrique)

## PROBABLE CAUSE STATEMENT

As part of assigned duties of the Detention and Removal Office, Immigration Agents review various sources in order to check on aliens that have been previously removed from the United States. This is done in order to determine if subjects have returned to the United States, in violation of Title 8, United States Code, Section 1326.

On May 15, 2007, the defendant identified as Enrique VASQUEZ-Hernandez, (AKA: Enrique PACHECO-Pacheco), was apprehended by the United States Border Patrol. A field interview was conducted and it was determined that the defendant was a citizen of Mexico. The defendant was enrolled in the Automated Fingerprint Identification System "IAFIS" which revealed his criminal history. VASQUEZ-Hernandez was booked into County Jail for violation of Penal Code 3056 "VIOLATION OF PAROLE: FELON" and a Form I-247 (Immigration Hold) was placed pending his release from custody. On September 17, 2007, at approximately 10:00 a.m. the defendant was referred to United States Immigration and Customs Enforcement custody. Immigration Agent Deven A. Wooddy conducted computer database record checks and reviewed various sources of information confirming the defendant to be a citizen of Mexico having been deported or removed from the United States on at least four occasions.

A thorough review of official immigration computer database record checks and information contained in the Alien Registration file revealed the defendant was most recently ordered deported from the United States by an Immigration Judge on or about March 15, 2007 and last removed to Mexico via the Calexico Port of Entry on or about April 6, 2007. Record checks further indicate that the defendant has not applied to the Attorney General of the United States or the Secretary of the Department of Homeland Security for permission to re-enter the United States.

The Automated Biometric Fingerprint Identification System "IDENT" and Automated Fingerprint Identification System "IAFIS" were utilized and compared the defendant's fingerprints to those contained in these databases. The results confirmed the defendant's identity as Enrique VASQUEZ-Hernandez (AKA: Enrique PACHECO-Pacheco), a citizen and national of Mexico. A photograph and a set of fingerprints contained within the official Alien Registration File were also reviewed and compared to the defendant, further confirming his identity.

The defendant was admonished as to his rights per "MIRANDA" at approximately 10:46 a.m. in the Spanish language by Immigration Agent Deven A. Wooddy as witnessed by Deportation Officer Greg Harrison. The defendant acknowledged his rights per "MIRANDA" and elected to answer questions without counsel present.

The defendant stated that his true name is Enrique PACHECO-Pacheco, a citizen of Mexico by virtue of birth in Guadalajara, Jalisco, Mexico on August 4, 1976. The defendant acknowledged that he had been deported or removed from the United States on at least four occasions, and had not obtained a waiver in order to re-enter the United States. The defendant acknowledged that he has no documents to enter or reside in the United States and knew it to be against the law to re-enter after having been deported.

All information indicates the defendant is a citizen of Mexico having been previously deported from the United States and has no legal right to re-enter.

Based upon the foregoing information, there is probable cause to believe that Enrique VASQUEZ-Hernandez (AKA: Enrique PACHECO-Pacheco) has illegally re-entered the United States after Deportation, in violation of Title 8 of the United States Code 1326, "Deported Alien Found in the United States".