```
                                FILED

                         CLERK, U.S. DISTRICT COURT
                         SOUTHERN DISTRICT OF CALIFORNIA
                         BY                    DEPUTY
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. 07cr2860 DMS |
| Plaintiff, ) | I N F O R M A T I O N |
| v. ) | Title 8, U.S.C., Sec. 1325 - Illegal Entry (Misdemeanor); |
| ENRIQUE VASQUEZ-HERNANDEZ, ) t/n Enrique Pacheco-Pacheco Defendant. ) | Title 8, U.S.C., Sec. 1325 - Illegal Entry (Felony); Title 8, U.S.C., Sec. 1325 - Illegal Entry (Felony) |

The United States Attorney charges:

Count 1

On or about 3/31/04, within the Southern District of California, defendant ENRIQUE VASQUEZ-HERNANDEZ, being an alien, unlawfully entered or attempted to enter the United States at a time and place other than as designated by immigration officers, and eluded examination and inspection by immigration officers, and attempted to enter or obtained entry to the United States by a willfully false or misleading representation or the willful concealment of a material fact; in violation of Title 8, United States Code, Section 1325, a misdemeanor.

//

//

CJB:kmm:San Diego
9/25/07

<u>Count 2</u>

On or about _____, within the Southern District of California, defendant ENRIQUE VASQUEZ-HERNANDEZ, being an alien, unlawfully entered or attempted to enter the United States at a time and place other than as designated by immigration officers, and eluded examination and inspection by immigration officers, and attempted to enter or obtained entry to the United States by a willfully false or misleading representation or the willful concealment of a material fact and previously committed the offense of illegal entry, as alleged in Count 1; all in violation of Title 8, United States Code, Section 1325, a felony.

<u>Count 3</u>

On or about May 15, 2007, within the Southern District of California, defendant ENRIQUE VASQUEZ-HERNANDEZ, being an alien, unlawfully entered or attempted to enter the United States at a time and place other than as designated by immigration officers, and eluded examination and inspection by immigration officers, and attempted to enter or obtained entry to the United States by a willfully false or misleading representation or the willful concealment of a material fact and previously committed the offense of illegal entry, as alleged in Count 1; all in violation of Title 8, United States Code, Section 1325, a felony.

DATED: 10/18/07.

KAREN P. HEWITT
United States Attorney

CARLA J. BRESSLER
Assistant U.S. Attorney